UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JONATHAN YATES<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 25-cv-15737 (KMW)<br><br>**MEMORANDUM OPINION AND ORDER** |

**THIS MATTER** comes before the Court by way of Plaintiff Jonathan Yates' ("Plaintiff") Application to Proceed in District Court Without Prepaying Fees or Costs ("IFP Application") (ECF No. 2) pursuant to 28 U.S.C. § 1915(a)(1); and

**THE COURT NOTING** that, having reviewed Plaintiff's IFP Application (ECF No. 2), Plaintiff declares that his biweekly income is $0.00 (IFP Application ¶ 2.) and his monthly expenses total approximately $3,637.26. (IFP Application ¶ 6). Plaintiff asserts that his spouse has a monthly income but does not disclose what that income is, instead Plaintiff simply states "my wife is the only one working in the household." (IFP Application ¶ 7.) Plaintiff lists additional assets that include a home, valued at $500,000 and a 2021 Nissan Altima, valued at $23,000. (IFP Application ¶ 5). Plaintiff also lists monetary assets of $29,000 in cash or in a checking or savings account. (IFP Application ¶ 4.) Plaintiff has one minor dependent. (IFP Application ¶ 7); and

**WHEREAS**, the Third Circuit has held that an application to proceed without paying filing fees is "based on a showing of indigence," *Douris v. Newtown Borough, Inc.*, 207 F. App'x 242, 243 (3d Cir. 2006) (citation omitted); and

**WHEREAS** the Court notes that although a person "need not be absolutely destitute to proceed in forma pauperis," Plaintiff must nonetheless, "establish that [she] is unable to pay the costs of [her] suit," *Hurst v. Shalk*, 659 F. App'x 133, 134 (3d Cir. 2016); and

**THE COURT FINDING** that even without declaring Plaintiff's spouse's monthly income, based on the disclosed assets alone Plaintiff has failed to demonstrate that he cannot pay the costs of litigation, and thus the Court denies the IFP Application.

**IT IS HEREBY** on this 5th day of December, 2025 **ORDERED**

A. Plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. §1915 (ECF No. 2) is hereby **DENIED**

B. The clerk is ordered to close the file. Plaintiff may submit payment in the amount of $405 within 14 days from the date of this order to reopen the case without further action from the court

C. The Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

KAREN M. WILLIAMS
United States District Judge